# Court of Appeals
# of the State of Georgia

ATLANTA,  August 18, 2025

*The Court of Appeals hereby passes the following order:*

A26A0048. DARRELL EUGENE YOUNGER v. THE STATE.

In 2010, Darrell Eugene Younger pled guilty to armed robbery, cruelty to children in the first degree, and burglary, and was convicted. In 2025, Younger filed multiple pro se motions in the trial court, seeking a new trial, modification of his sentence, and other relief. On May 6, 2025, the trial court entered an order denying these motions, and on July 7, 2025, Younger filed a notice of appeal. This Court, however, lacks jurisdiction.

To be timely, a notice of appeal must be filed within 30 days after entry of the order on appeal. See OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Redford v. State*, 357 Ga. App. 247, 250 (850 SE2d 447) (2020).

Here, Younger filed his notice of appeal 62 days after entry of the order he seeks to appeal. Accordingly, we lack jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,__08/18/2025_____*

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*